Burke et ux., Appellants, *v.* Kerr.

Argued March 24, 1941.   Before Schaffer, C. J., Maxey, Drew, Linn, Stern and Patterson, JJ.

*Charles E. Harrington,* with him *Robert E. Ashe,* for appellants.

*H. A. Heilman,* for appellee.

Per Curiam, April 14, 1941:
The judgment is affirmed on the opinion of the Superior Court.